1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   ALBERT LEE MITCHELL

7
                      IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No. 12-cr-401 KJM
                                       )
11                   Plaintiff,        )   STIPULATION AND PROTECTIVE ORDER
                                       )   REGARDING DEFENSE FORENSIC
12         v.                          )   COMPUTER EXAMINATION
                                       )
13  ALBERT LEE MITCHELL,               )
                                       )
14                   Defendant.        )
                                       )
15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and

18  Matthew Scoble, Assistant Federal Defender, attorney for Mr. Mitchell, that the Court should

19  approve the proposed protective order governing the defense expert's forensic examination of the

20  computer data in this case.

21         In order to advise the defendant adequately, the defense of this case requires a further

22  forensic evaluation, by a knowledgeable expert, of the computer hard drives which the

23  government alleges contain images of child pornography.  The parties have agreed that the

24  attached proposed order should govern the defense examination of the computer media and

25  request that the Court approve the attached proposed order.

26  / / /

27  / / /

28  / / /

1  DATED: December 10, 2013

2                                    Respectfully submitted,

3                                    HEATHER E. WILLIAMS
                                     Federal Defender

4

5                                    */s/ Matthew M. Scoble*
                                     MATTHEW M. SCOBLE
6                                    Assistant Federal Defender
                                     Attorney for ALBERT LEE MITCHELL
7

8

9  DATED: December 10, 2013         BENJAMIN B. WAGNER
                                     United States Attorney
10

11                                   */s/ Matthew M. Scoble* for
                                     KYLE REARDON
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
13

14         IT IS SO ORDERED.

15

16  Dated:  December 10, 2013

17                                   _____
                                     CAROLYN K. DELANEY
18                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT LEE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-cr-401 KJM |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DIGITAL MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| ALBERT LEE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The United States Department of Homeland Security, Immigration and Customs
Enforcement agents shall make a duplicate copy of the hard drive and any other storage media
available for defense analysis.

2.      The duplicate copies of the hard drive and storage media shall be made available
for defense counsel, Matthew Scoble, defense paralegal Julie Denny, and defendant's proposed
expert, Tami Loehrs, or a colleague at the same employer, Loehrs & Associates, to review at the
Sacramento High Tech Task Force offices in Sacramento, California or the United States
Department of Homeland Security, Immigration and Customs Enforcement office in Sacramento,
California for the purpose of preparing for the defense of the above-entitled action.  The images
on the hard drive and storage media shall not be viewed by any other person unless one of the

aforementioned members of the defense team is present and the viewing is necessary to prepare for defendant's defense.

3.      A private room will be provided for the defense examination. No Government agents will be inside the room during the examination.

4.      The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

5.      Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

6.      With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7.      Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8.      When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

/ / /

/ / /

/ / /

/ / /

9.      Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated:  December 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE